In The United States District Court
For The Northern District of Iowa
Western Division

Jessica Rose Ott,
    Plaintiff

v.

United States of America,
    Defendant

RECEIVED JAN 0 3 2022

Case No: 19-CR-4021-LTS

Motion For Government To Concede on Plaintiff's 28 U.S.C §2255 & Evidentary Hearing

Comes now Jessica Ott, known herein as Plaintiff, in Pro Se in necessity coming before this Honorable Court seeking her 28 U.S.C §2255 motion to Vacate, Set-aside, or Correct her illegal Sentence along with that motion being GRANTED the Plaintiff requests a Evinentary Hearing to be speedly held, allowing vital witnesses to be called before the Court. Ms. Ott moves that it is ruled to "issue a writ of Habeas Corpus to have Plaintiff brought before it to end that she may be relieved of her unconstitutional Sentence."

The Court holds very clear rules that help the Government in getting your 2255 motion denied. One of the simplest ways is to fail to respond to the governments response by the Plaintiff. This will allow the Court to give notice of summary dismissal. When this happens, the court orders the Plaintiff to answer the court's order rather than the government's response. In such a case, the Plaintiff often following the courts instructions and fails to reply to the governments Claims. After such a failure, and regardless of how thoroughly you have been answering the court, the judge denies your

§2255 motion summarily because you didn't raise any issue rebutting the government's claim. The court, disposing of the action because the Plaintiff agrees with the government, has concluded the intended magic trick by tricking you to concede.

Looking at the applicable laws and rules.

Prior to 1978 when congress enacted the Habeas Corpus rules that now govern §2255 proceedings the controlling procedural statute provided that the allegations of a return.. if not traversed shall be accepted as true except to the extent that the judge finds from the evidence that they are not true. Accordingly, if the government stretches the truth a lott and its claims are fatal to your claims, the court will dismiss the Petition, motion or claims if you fail to file a "Traverse" alleging a contrary fact or principle.

"Even with the 2004 Amendment of the Habeas Rules the advisory committee notes endorse a traverse or admendment where it would serve a truely useful purpose or was called for by the contents of the answer filed by respondent."

These rules apply to the government also. Ms. Oh presented major evidence of fraud, ineffectiveness of counsel, conflict of intrest and more in her detailed §2255 motion. The court did not dismiss her motion and ordered the government to respond to why they felt her motion be denied. The government requested a extention of time, which the government was granted. The Plaintiff was never notified before the court granted the request and was not able to object. The Plaintiff submitted a motion for consent to provide a addeume to her motion and never recieved any word from the court about the motion. Now, the government has failed to meet

this courts deadline. (per pacer.com and court docket)

The Honorable Court is aware that had the Plaintiff missed any deadline the government would rejoice and file with the court for her motion to be dismissed with prejudice and this court would agree under "failure to prosecute."

As the defendant now, the same rules apply to the failures of the government. This Plaintiff moves that because the defendant (the government) failed to object or offer any trauserse, it is therefore in agreement with the facts presented by Ms. Ott in her § 2255 and the government concedes on all points.

Simply put if the Plaintiff claimed it, and the government did not claim otherwise, then the law states that the facts you claimed are true.

Rule 4(b) was followed by this court and now as is her legal right to proceed forward.

Her due process right to be heard MUST be honored.

Done This 15th Day of Dec 2021

Humbley,

Jessica Rose Ott

# Certificate of Service

I, the undersigned do hereby certify that I have served a copy of this foregoing instrument upon the Clerk of this court, via properly addressed U.S mail, with first-class postage prepaid affixed thereto, by placing into the officer's hands on housing unit 2 North at FMC-Carswell. The plaintiff further requests that a copy of this her motion be forwarded to all interested parties via the CM/ECF system, as she is detained, and has no other means.

Done this 15th Day of Dec 2021

Humbley

Jessica Rose Ott

Name: Jessica Rose Ott 2 North
Reg. No. 17973-029
Carswell FMC
P.O. Box 27137
Fort Worth, TX 76127

DEC 2 8 2021



⇔ 17973-029 ⇔
United States District
RM 301
320 6TH ST
Sioux CITY, IA 51101
United States

126

XRAYED US MARSHALS SERVICE

Legal mail

51101-126276



FMC Carswell
P.O. Box 27066
Fort Worth, TX 76127
Mailed: 12/25/21
The enclosed letter was processed through special
mailing procedures for forwarding to you. The letter
has neither been opened nor inspected. If the writer
raises a question or problem over which this facility
has jurisdiction, you may wish to return the material
for further information or clarification. (4)