IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| JESSICA OTT, | ) | |
| | ) | |
| Petitioner/Defendant, | ) | No. CV 20-4056LTS |
| | ) | No. CR 19-4021LTS |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent/Plaintiff. | ) | |

**SECOND MOTION FOR EXTENSION OF TIME TO FILE GOVERNMENT'S RESISTANCE TO DEFENDANT'S MOTION UNDER 28 U.S.C. § 2255**

The United States hereby requests a second extension of time to file its response to Movant's motion for post-conviction relief under 28 U.S.C. § 2255. Due to undersigned counsel's upcoming schedule, and the collective schedule of the office, the undersigned does not expect to complete the responsive brief by the current deadline which is May 29, 2022.

Counsel, therefore, requests additional time to finalize its response to Movant's petition. Movant is pro se, and the government is unable to contact her regarding this request.

1

WHEREFORE, the United States respectfully requests that the Court grant a 30-day extension, which would make the government's response due on June 28, 2022.

> Respectfully Submitted,
>
> TIMOTHY T. DUAX
> Acting United States Attorney
>
> By, /s/ Forde Fairchild
>
> FORDE FAIRCHILD
> Assistant United States Attorney
> 600 4th Street, Suite 670
> Sioux City, IA 51101
> 712-255-6011
> 712-252-2034
> Forde.Fairchild@usdoj.gov

CERTIFICATE OF SERVICE

I certify that I mailed a copy of the foregoing document to which this certificate is attached to the parties or attorneys of record, shown below, on May 18, 2022.

UNITED STATES ATTORNEY

BY:   Michelle Schwebach

COPIES TO:
Jessica Ott
Reg. No. 17973-029
Carswell FMC
PO Box 27137
Fort Worth, TX   76127